**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| WARNER BROS. ENTERTAINMENT INC.,<br>Plaintiff,<br>v.<br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br>Defendants. | Case No. 26-cv-02981<br>**Judge Mary M. Rowland**<br>**Magistrate Judge Jeannice W. Appenteng** |

**DECLARATION OF MARTIN F. TRAINOR**

I, Martin F. Trainor, of the City of Chicago, in the State of Illinois, declare and state as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am an attorney for Plaintiff Warner Bros. Entertainment Inc. ("Plaintiff"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. On March 30, 2026, this Court entered a Temporary Restraining Order [17] ("TRO") permitting Plaintiff to complete service of process to Defendants pursuant to Federal Rule of Civil Procedure 4(f)(3) by electronically publishing a link to the Complaint, TRO, and other relevant documents on a website and by sending an email to the email addresses identified in Exhibit 3 to the Declaration of Andrew Masterson and any email addresses provided for Defendants by third parties that includes a link to said website.

3. I hereby certify that on April 20, 2026, I electronically published the Complaint, Summons, Order, and other relevant documents on a website.

4. I hereby certify that on April 20, 2026, I sent an email to the email addresses identified in Exhibit A hereto that includes a link to said website.

5. The completed Return of Service form is attached hereto.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 20, 2026, in Chicago, Illinois.

/s/ *Martin F. Trainor*
Martin F. Trainor