# EXHIBIT A

| No. | Seller Alias | E-Mail Address |
|---|---|---|
| 1 | DewCitrus | ba18811705@163.com |
| 2 | Domysmart-us | qiao921@outlook.com |
| 3 | fangyan | huainan1627@163.com |
| 4 | Hengsiqi Tech | chengdong4962417@163.com |
| 5 | hepingyakeji | kuisong94840516@163.com |
| 6 | Maple Leaf Emporium | bytcpmdbqn@outlook.com |
| 7 | Raycore Tech | yecss6@163.com |
| 8 | Serene Water Electric | uiiibso@163.com |
| 9 | Tranquil Guild | unashn8@outlook.com |
| 10 | Union Earthwork Engineering | ths152@163.com |
| 11 | WaterWay SmartTech | huquqiucai123@163.com |
| 12 | BOZICRE | sijia080191@outlook.com |
| 13 | CHILLORA | koray.karagoz03@gmail.com |
| 14 | Dance Pig | a3thmoon@163.com |
| 15 | MagicRanger | magicranger@126.com |
| 16 | PHUONG123123 | kimberlybell390693@gmail.com |
| 17 | Tocoan US | shazhizhou2021@163.com |
| 18 | WERNTISIRNT | nhatphongle019@gmail.com |
| 19 | zhiyiyuan | 13510120720@163.com |
| 20 | dhshoesku | dhgate_shoe2024@163.com |
| 21 | CHOOKLMG | zwycs1@outlook.com |
| 22 | AALINGFD | 19276914923@163.com |
| 23 | ArtVoyant Workshop | 18050091316@189.cn |
| 24 | ARUIC PT Art | 2528200192@qq.com |
| 25 | CLXLPH TWO | 9228904@qq.com |
| 26 | CozyHavenBlankets | 18334232414@163.com |
| 27 | CX SeasonIn | 764594893@qq.com |
| 28 | Dream Canvas Direct Sales | 3646855564@qq.com |
| 29 | EMOTIONALCASE | congsifashion159@163.com |
| 30 | ETOILE MODE | 2739693212@qq.com |
| 31 | FunCreative Tee | 642771194@qq.com |
| 32 | GXGC | 3428994778@qq.com |
| 33 | Hanjiawjloc | 15268295079@139.com |
| 34 | huitailangshipin | 473717616@qq.com |
| 35 | MingWangB | 75695569@qq.com |
| 36 | Mixed Style Creation | 15375723139@163.com |
| 37 | NBCCC | 19748195526@139.com |
| 38 | Pang Pain Ting | 369490595@qq.com |
| 39 | PYSWJH | jhypsw@qq.com |
| 40 | SOTS | 1768569080@qq.com |
| 41 | Sunshine Monica | 843602080@qq.com |

| | | |
|---|---|---|
| 42 | The Seven Color Impression Studio | 1508722670@qq.com |
| 43 | UrbanFizz | 1097300127@qq.com |
| 44 | XDDCASE | 1476161452@qq.COM |
| 45 | XIAHUAWUSHOP | wzhua31@163.com |
| 46 | Hug-a-Toy Co | jingbei1924700@163.com |
| 47 | NGUYEN TIEN LOC | top1bundlesvg@gmail.com |
| 48 | Annshein | annshein@outlook.com |
| 49 | DISMISSED | DISMISSED |
| 50 | Handmy | handmy202311@163.com |
| 51 | JuKangGlobal | lna99@163.com |
| 52 | Ouroyea Bead | moranemily1204@outlook.com |
| 53 | Q78Gai | wootkey@foxmail.com |
| 54 | auto_miniature_collectibles | medagodajayasinghalagekeshara@gmail.com |
| 55 | csha956 | gr030255007@126.com |
| 56 | customtoon | andini.ctx@gmail.com |
| 57 | fantom1202 | tuftcraze@gmail.com |
| 58 | nygc_61 | nygc1988@hotmail.com |
| 59 | savers804 | maliksalman123@hotmail.com |
| 60 | topmond | qianzhengbsh@gmail.com |
| 61 | valora_merchant | valoragemsjewelry@gmail.com |
| 62 | AnimeStar | sherry@anime-star.com |
| 63 | cleolampos | support@cleolampos.com |
| 64 | Drinkwears | support@drinkwears.com |
| 65 | FANREKCOS | info@fanrekcos.com |
| 66 | Lilybelli | support@lilybelli.com |
| 67 | Meowden | catshoponwheels@gmail.com; contact@meowden.com |
| 68 | SpiritCos | 644583381@qq.com; cos198806@gmail.com; SpiritCos1314@gmail.com |
| 69 | Tazila | support@dng2k.com; support@tazila.com |
| 70 | Thepresentera | thepresentera.shop@gmail.com |
| 71 | adhkyncjc | dwbyaa142@163.com |
| 72 | dandan111 | ap3061711@163.com |
| 73 | Dream Pixel | cqmhuiw@163.com |
| 74 | dubia20us 982 | pwbgxizm8816787@outlook.com |
| 75 | fds BFD | tongbeipd6@163.com |
| 76 | poeuinh | hhgtveu@163.com |
| 77 | sdfsdfasda | liaodehuai1498@163.com |
| 78 | zhaohaodedian | ended_tennis.02@icloud.com |
| 79 | ZHONG QI | v4nq5a@163.com |
| 80 | zxvsdfcs | menp09424@163.com |
| 81 | Best Wishi Cool | 3824571563@qq.com |
| 82 | Hong Zao | 3824571563@qq.com |

| | | |
|---|---|---|
| 83 | Yijiujiu Innovation | manmanshu198@outlook.com |