**IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| WARNER BROS. ENTERTAINMENT INC., <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A," <br><br> Defendants. | Case No. 26-cv-02981 <br><br> **Judge Mary M. Rowland** <br><br> **Magistrate Judge Jeannice W. Appenteng** |

**PRELIMINARY INJUNCTION ORDER**

THIS CAUSE being before the Court on Plaintiff Warner Bros. Entertainment Inc.'s ("Plaintiff" or "WBEI") Motion for Entry of a Preliminary Injunction (the "Motion"), and this Court having heard the evidence before it hereby GRANTS Plaintiff's Motion in its entirety against Defendants, the fully interactive, e-commerce stores[1] operating under the seller aliases identified in Schedule A attached hereto ("Seller Aliases").

This Court further finds that it has personal jurisdiction over Defendants since the Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more Seller Aliases, offer shipping to the United States, including Illinois, accept payment in U.S. dollars, and, on information and belief, have sold products using unauthorized copies of WBEI's copyrighted works, including the distinctive characters embodied therein (the "HP Copyrighted Works") and/or

---

[1] The e-commerce store URLs are listed on Schedule A hereto.

using infringing and counterfeit versions of WBEI's federally registered trademarks (the "HP Trademarks") to residents of Illinois. A list of the HP Copyrighted Works is below.

| U.S. Copyright Reg. No. | Work Title | Issue Date |
|---|---|---|
| VAu001317871 | HARRY POTTER AND THE CHAMBER OF SECRETS (s17) - (STYLE GUIDE) | November 15, 2017 |
| VAu001276814 | HARRY POTTER AND THE DEATHLY HALLOWS STYLEGUIDE PART 1, PHASE 1-4 (S'10) | October 12, 2016 |
| VAu001317698 | HARRY POTTER AND THE DEATHLY HALLOWS - Part 2 (s17) - (STYLE GUIDE) | November 15, 2017 |
| VAu001298367 | HARRY POTTER AND THE GOBLET OF FIRE (s17) style guide | November 16, 2017 |
| VAu001298436 | HARRY POTTER AND THE HALF-BLOOD PRINCE (s17) style guide | November 16, 2017 |
| VAu001298442 | HARRY POTTER AND THE ORDER OF THE PHOENIX (s17) style guide | November 16, 2017 |
| VAu001283955 | HARRY POTTER AND THE ORDER OF THE PHOENIX STYLE GUIDE PHASE TWO JANUARY 2007 (S'06) | October 12, 2016 |
| VAu001298630 | HARRY POTTER AND THE PRISONER OF AZKABAN (s17) style guide | November 16, 2017 |
| VAu001343101 | HARRY POTTER FOUNDATION GUIDE SUPPLEMENT (Styleguide) | July 12, 2018 |
| VAu001343099 | HARRY POTTER FOUNDATION GUIDE SUPPLEMENT CHARACTERS YEAR 2 (Styleguide) | July 12, 2018 |
| VAu001343100 | HARRY POTTER FOUNDATION GUIDE SUPPLEMENT CHARACTERS YEAR 5 | July 12, 2018 |
| VAu001439440 | WIZARDING WORLD -- HARRY POTTER -- SHARE YOUR MAGIC CORE RETAIL GUIDE (Style Guide) | July 19, 2021 |
| PA0002008278 | FANTASTIC BEASTS AND WHERE TO FIND THEM | November 17, 2016 |
| PA0001063646 | HARRY POTTER AND THE SORCERER'S STONE | November 28, 2001 |
| PA0001589476 | HARRY POTTER AND THE SORCERER'S STONE | November 2, 2007 |
| PA0001072578 | HARRY POTTER AND THE PHILOSOPHER'S STONE/SORCERER'S STONE PRESS JUNKET | May 10, 2002 |
| PA0002135920 | FANTASTIC BEASTS: CRIMES OF GRINDELWALD | November 16, 2018 |
| PA0001105748 | HARRY POTTER AND THE CHAMBER OF SECRETS | December 6, 2002 |

2

| | | |
|---|---|---|
| PA0001589481 | Harry Potter and the Chamber of Secrets | November 2, 2007 |
| PA0002348313 | FANTASTIC BEASTS: THE SECRETS OF DUMBLEDORE | April 15, 2022 |
| PA0001222542 | HARRY POTTER AND THE PRISONER OF AZKABAN | July 1, 2004 |
| PA0001589478 | HARRY POTTER AND THE PRISONER OF AZKABAN | November 2, 2007 |
| PA0001279121 | HARRY POTTER AND THE GOBLET OF FIRE | February 15, 2006 |
| PA0001589480 | HARRY POTTER AND THE GOBLET OF FIRE | November 2, 2007 |
| PA0001355547 | HARRY POTTER AND THE ORDER OF THE PHOENIX | September 21, 2007 |
| PA0001647906 | Harry Potter and the Half-Blood Prince | October 23, 2009 |
| PA0001721904 | Harry Potter and the Deathly Hallows Part 1 | March 4, 2011 |
| PA0001742099 | Harry Potter and the Deathly Hallows Part 2 | July 22, 2011 |

The HP Trademarks are in the table below:

| Registration Number | Trademark |
|---|---|
| 2,450,787<br>2,450,788<br>2,479,341<br>2,493,484<br>2,497,083<br>2,506,165<br>2,506,166<br>2,525,908<br>2,568,097<br>2,568,098<br>3,926,486<br>5,834,087<br>6,563,454<br>7,133,214 | HARRY POTTER |
| 2,457,302<br>2,526,111<br>2,530,755<br>2,574,410<br>2,683,060<br>2,685,932 | |

3

| | |
|---|---|
| 5,962,675<br>5,962,676<br>6,707,698<br>6,707,699<br>6,719,187<br>6,907,319<br>7,122,049<br>7,279,539 | MISCHIEF MANAGED |
| 6,936,678<br>6,936,703<br>6,936,706<br>6,936,715<br>6,936,716<br>6,943,316<br>7,547,095 | EXPECTO PATRONUM |
| 6,621,695<br>6,621,696<br>6,621,698 | NIMBUS 2000 |
| 5,945,688<br>5,945,689<br>5,945,690<br>5,945,691<br>6,701,853<br>6,701,854<br>6,809,199 | BOWTRUCKLE |
| 5,994,184<br>5,994,185<br>6,011,345<br>6,011,346<br>6,011,347<br>6,011,348<br>6,050,795 | PORPENTINA GOLDSTEIN |
| 5,935,739<br>5,935,740<br>5,935,742<br>6,011,349<br>6,011,350<br>6,011,351<br>6,011,352<br>6,011,353 | QUEENIE GOLDSTEIN |

| | |
|---|---|
| 5,964,717<br>6,119,654<br>6,119,655<br>6,240,287<br>6,240,288<br>6,974,711<br>7,037,272 | I SOLEMNLY SWEAR THAT I AM UP TO NO GOOD |
| 6,011,334<br>6,011,335<br>6,011,336<br>6,011,337<br>6,011,338 | NO-MAJ |
| 5,994,186<br>5,994,187<br>5,994,188<br>5,994,189<br>5,994,190<br>6,011,354 | JACOB KOWALSKI |
| 5,970,982<br>5,970,983<br>5,970,984<br>5,970,985<br>5,970,986<br>5,970,987<br>5,970,988 | PERCIVAL GRAVES |
| 4,560,670<br>4,941,597<br>6,072,780 | GRINGOTTS |
| 5,625,574<br>6,017,086 | GOLDEN SNITCH |
| 5,851,547<br>5,851,548<br>5,851,549<br>5,851,550<br>5,851,551<br>5,851,552 | ACCIO |
| 5,867,701<br>5,867,702<br>5,867,704 | THE BLIND PIG |

| | |
|---|---|
| 5,845,456<br>5,845,457<br>5,845,460<br>5,850,786<br>5,850,787<br>5,850,790<br>5,850,792<br>5,850,796<br>5,882,924 | MACUSA |
| 2,491,427<br>2,495,015<br>2,497,076<br>2,550,774<br>3,986,326<br>3,986,328<br>4,053,475<br>5,396,287<br>5,497,874<br>5,799,829 | HOGWARTS |
| 5,710,360<br>5,734,453<br>5,921,351<br>5,956,041 | FANTASTIC BEASTS |
| 5,100,666<br>5,114,810<br>5,137,845<br>5,218,768<br>5,245,110<br>5,306,455<br>5,340,954<br>5,793,687<br>5,793,690<br>5,793,692<br>5,849,244 | FANTASTIC BEASTS AND WHERE TO FIND THEM |
| 5,769,819<br>5,769,820<br>5,769,821<br>5,769,823<br>5,769,824<br>5,775,620<br>5,775,621<br>5,918,254<br>5,951,365<br>6,228,613<br>6,228,614<br>6,694,545 | FANTASTIC BEASTS: CRIMES OF GRINDELWALD |

| | |
|---|---|
| 5,124,606<br>5,142,072<br>5,241,734<br>5,241,735<br>5,793,707<br>5,793,708<br>5,793,709<br>5,793,711<br>5,894,692 | NEWT<br>SCAMANDER |
| 5,680,668<br>5,680,669<br>5,910,044<br>5,910,045<br>5,910,046<br>5,910,047<br>5,945,686<br>6,195,792<br>6,701,852 | NIFFLER |
| 6,159,282<br>6,365,013 | MAGICAL<br>MISCHIEF |
| 5,800,492<br>5,800,493<br>5,800,494<br>5,935,579 | DEMIGUISE |
| 5,799,864<br>5,799,869<br>5,930,436 | FWOOPER |
| 5,109,849<br>5,109,878 | TIME-TURNER |
| 4,876,091<br>5,142,071<br>5,561,924 | CHUDLEY<br>CANNONS |
| 5,956,169<br>6,245,804<br>6,329,124 | PORTKEY<br>GAMES |
| 3,652,894<br>4,870,849 | LUNA<br>LOVEGOOD |
| 3,958,443 | ZONKO'S |
| 3,975,162<br>4,194,934<br>5,487,385 | OWL POST |
| 4,863,368<br>4,868,504<br>5,223,440 | TALES OF<br>BEEDLE THE<br>BARD |
| 3,931,730 | FLIGHT OF THE<br>HIPPOGRIFF |

| | |
|---|---|
| 4,663,862<br>5,271,512 | LEAKY CAULDRON |
| 4,237,725<br>4,581,231<br>4,632,764<br>5,131,616<br>5,561,303 | MUGGLE |
| 2,632,412 | MUGGLES |
| 3,059,408<br>4,973,854 | DEMENTOR |
| 3,868,831<br>5,012,596<br>5,306,653<br>5,306,713<br>5,389,930<br>5,389,999<br>5,414,521<br>5,414,522<br>5,419,836<br>5,460,527<br>5,511,035<br>5,573,030 | BUTTERBEER |
| 2,719,635<br>3,994,446<br>4,023,251<br>4,226,195<br>4,227,388<br>4,396,409 | RAVENCLAW |
| 2,508,004<br>2,525,903<br>3,994,447<br>4,002,983<br>4,023,252<br>4,026,600<br>4,132,174 | SLYTHERIN |
| 2,480,839<br>2,516,387<br>2,607,934<br>3,998,723<br>3,998,724<br>4,019,867<br>4,023,249 | GRYFFINDOR |

8

| | |
|---|---|
| 2,505,434<br>3,994,445<br>4,002,982<br>4,023,250<br>4,061,026<br>4,074,874 | HUFFLEPUFF |
| 3,901,355<br>4,664,387<br>7,185,871 | OLLIVANDERS |
| 2,483,583<br>2,502,927<br>4,012,945<br>4,573,507 | HEDWIG |
| 6,770,302<br>6,770,307 | HEDWIG'S THEME1F1F1F[2] |
| 7,356,891<br>7,375,778 | AVADA KEDAVRA |
| 7,356,889<br>7,503,442 | WINGARDIUM LEVIOSA |
| 7,062,280 | |
| 6,761,342 | PIN SEEKING |
| 4,969,076<br>5,091,446 | PLATFORM 9 ¾ |
| 7,190,551<br>7,190,552<br>7,190,553<br>7,340,488<br>7,340,489<br>7,409,185<br>7,409,186<br>7,409,187<br>7,409,188<br>7,613,821 | |
| 7,164,728 | GLADRAGS WIZARDWEAR |

---

[2] These are sound marks consisting of the first fifteen bars of "Hedwig's Theme," a musical motif used in all eight *Harry Potter* films.

| | |
|---|---|
| 2,919,933<br>3,056,159 | BUCKBEAK |
| 2,456,415<br>2,483,585<br>3,986,052<br>3,986,060<br>4,019,970<br>4,109,233 | QUIDDITCH |
| 2,595,096<br>2,759,251<br>3,177,731 | THE SORTING HAT |
| 2,528,301<br>2,621,823 | HAGRID |
| 2,458,608<br>4,009,793<br>4,183,615 | HERMIONE GRANGER |
| 2,456,416<br>2,570,390<br>3,948,415 | RON WEASLEY |
| 2,702,878<br>3,966,674 | ALBUS DUMBLEDORE |
| 3,901,354<br>3,975,167<br>4,338,994 | HONEYDUKES |
| 3,929,808<br>4,488,713 | HOG'S HEAD |
| 3,887,250 | THREE BROOMSTICKS |
| 5,387,002 | HOGSMEADE |
| 6,701,053 | MIRROR OF ERISED |
| 6,629,012 | HAGRID'S MAGICAL CREATURES MOTORBIKE ADVENTURE |
| 7,026,102 | WIZARDING WEDNESDAYS |
| 6,732,155<br>7,770,808 | DARK ARTS |
| 6,463,985 | NICOLAS FLAMEL |
| 6,441,675 | WIZARDING PASSPORT |
| 6,323,348 | KEYS AND CURIOS |

| 7,096,177 | DAILY PROPHET |
|---|---|
| 7,080,625 | PHOENIX WAND |
| 5,798,353 | HARRY POTTER: HOGWARTS MYSTERY |
| 5,751,749 | HARRY POTTER AND THE CURSED CHILD |
| 4,983,875 | DOBBY |
| 2,701,382 | SNAPE |
| 2,489,063 | BERTIE BOTT'S EVERY FLAVOR BEANS |
| 2,801,298 | FAWKES |
| 4,049,613 | DIAGON ALLEY |
| 4,060,320 | PROFESSOR DUMBLEDORE |
| 3,929,202 | HARRY POTTER AND THE FORBIDDEN JOURNEY |
| 3,890,843 | DERVISH AND BANGES |
| 6,348,112 | KNIGHT BUS |
| 4,425,852 | REMEMBRALL |
| 4,198,833 | GINNY WEASLEY |
| 3,508,583 | DUMBLEDORE'S ARMY |
| 2,669,605 | LORD VOLDEMORT |
| 2,643,496 | SCABBERS |
| 3,917,661 | MAGIC NEEP |
| 2,579,560 | DRACO MALFOY |
| 3,005,958 3,378,405 | HARRY POTTER AND THE SORCERER'S STONE |
| 3,378,401 | HARRY POTTER AND THE CHAMBER OF SECRETS |

| | |
|---|---|
| 2,973,235<br>4,061,080<br>4,498,415 | HARRY POTTER AND THE PRISONER OF AZKABAN |
| 3,104,726<br>4,467,108<br>4,649,583 | HARRY POTTER AND THE GOBLET OF FIRE |
| 3,340,899<br>3,419,797<br>3,419,796<br>3,525,664 | HARRY POTTER AND THE ORDER OF THE PHOENIX |
| 3,709,670<br>3,719,406<br>3,787,931<br>3,818,958<br>3,908,384 | HARRY POTTER AND THE HALF-BLOOD PRINCE |
| 4,050,182<br>4,053,693<br>4,060,897 | HARRY POTTER AND THE DEATHLY HALLOWS |
| 6,124,680<br>6,124,681<br>6,124,683<br>6,124,684<br>6,124,687<br>6,124,688<br>6,124,689<br>6,124,690<br>6,124,691 | MARAUDER'S MAP |
| 3,864,766<br>3,864,767<br>3,864,768<br>3,864,769<br>3,883,225<br>3,894,184<br>3,894,185<br>3,894,186<br>3,911,377<br>3,920,029<br>3,925,834 | THE WIZARDING WORLD OF HARRY POTTER |

| | |
|---|---|
| 6,672,355<br>6,672,356<br>6,834,121<br>6,834,122<br>6,834,123<br>6,901,373 | WIZARDING WORLD |
| 6,096,860<br>6,283,506<br>6,283,507<br>6,283,508<br>6,283,509<br>6,283,510<br>6,283,511<br>6,283,512<br>6,289,772<br>6,289,773<br>6,301,691<br>6,731,980<br>6,754,551<br>6,996,866 | |
| 4,973,375<br>5,129,404 | |
| 4,928,689<br>4,952,370<br>5,166,914 | |



| | |
|---|---|
| 5,140,245 | |
| 5,660,150<br>5,660,152<br>5,660,154<br>5,660,156<br>5,660,158<br>5,660,159 | |
| 5,665,723<br>5,666,311<br>5,779,064<br>5,797,424 | |

| | |
|---|---|
| 5,628,824<br>5,656,809<br>5,656,810<br>5,656,811 | |
| 5,779,069<br>5,797,356<br>5,797,427<br>5,871,006 | |
| 5,571,738<br>5,571,739<br>5,581,853<br>5,581,854 | |



| | |
|---|---|
| 5,797,321<br>5,797,357<br>5,797,425<br>5,797,457 |  |
| 5,581,845<br>5,581,846<br>5,581,847<br>5,581,848 | |
| 5,757,632<br>5,757,641<br>5,757,764<br>5,811,075 | |

| | |
|---|---|
| 5,656,812<br>5,656,813<br>5,656,814<br>5,656,815 | |
| 5,698,239<br>5,698,240<br>5,698,242<br>5,698,243 | |
| 7,771,005 | HARRY POTTER<br>QUIDDITCH<br>CHAMPIONS |
| 7,729,730 | LUMOS<br>MAXIMA |
| 7,771,004 | QUIDDITCH<br>CHAMPIONS |

This Court also finds that the injunctive relief previously granted in the Temporary Restraining Order ("TRO") should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65. Evidence submitted in support of the Motion and in support of WBEI's previously granted Motion for Entry of a Temporary Restraining Order establishes that WBEI has demonstrated a likelihood of success on the merits; that no remedy at law exists; and that WBEI will suffer irreparable harm if the injunction is not granted.

Specifically, Plaintiff has proved a *prima facie* case of trademark infringement because (1) the HP Trademarks are distinctive marks and are registered with the U.S. Patent and Trademark Office on the Principal Register, (2) Defendants are not licensed or authorized to use any of the HP Trademarks, and (3) Defendants' use of the HP Trademarks is causing a likelihood of confusion as to the origin or sponsorship of Defendants' products with Plaintiff. Plaintiff has also proved a *prima facie* case of copyright infringement because it has demonstrated that (1) Plaintiff is the owner of the valid and enforceable HP Copyrighted Works, and (2) Defendants, without any authorization from Plaintiff, or any right under law, have deliberately copied, displayed, distributed, reproduced, and/or made derivative works incorporating the HP Copyrighted Works on the Seller Aliases and the corresponding Unauthorized Products. Furthermore, Defendants' continued and unauthorized use of the HP Trademarks and/or copying of the HP Copyrighted Works irreparably harms Plaintiff through diminished goodwill and brand confidence, damage to Plaintiff's reputation, loss of exclusivity, and loss of future sales. Monetary damages fail to address such damage and, therefore, Plaintiff has an inadequate

18

remedy at law. Moreover, the public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions. Accordingly, this Court orders that:

1. Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting in active concert or participation with them be preliminarily enjoined or restrained from:

   a. using the HP Trademarks or any reproductions, counterfeit copies, or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not WBEI's genuine product or not authorized by WBEI to be sold in connection with the HP Trademarks;

   b. reproducing, distributing copies of, making derivative works of, or publicly displaying the HP Copyrighted Works in any manner without the express authorization of WBEI;

   c. passing off, inducing, or enabling others to sell or pass off any product as Plaintiff's genuine product or any other product produced by WBEI, that is not WBEI's or not produced under the authorization, control, or supervision of WBEI and approved by Plaintiff for sale under the HP Trademarks and/or the HP Copyrighted Works;

   d. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control, or supervision of WBEI, or are sponsored by, approved by, or otherwise connected with WBEI;

   e. further infringing the HP Trademarks and/or the HP Copyrighted Works and damaging WBEI's goodwill; and

19

    f.    manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for WBEI, nor authorized by WBEI to be sold or offered for sale, and which bear the HP Trademarks, or any reproductions, counterfeit copies, or colorable imitations thereof and/or which bear unauthorized copies of the HP Copyrighted Works.

2.    Upon WBEI's request, any third party with actual notice of this Order who is providing services for any of the Defendants, or in connection with any of Defendants' Seller Aliases, including, without limitation, any online marketplace platforms such as Amazon.com, Inc. ("Amazon"), Dhgate.com ("DHGate"), eBay, Inc. ("eBay"), Roadget Business PTE. Ltd. ("SHEIN"), WhaleCo, Inc. ("Temu"), and Walmart, Inc. ("Walmart") (collectively, the "Third-Party Providers") shall, within seven (7) calendar days after receipt of such notice, provide to WBEI expedited discovery, including copies of all documents and records in such person's or entity's possession or control relating to:

    a.    the identities and locations of Defendants, their affiliates, officers, agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including all known contact information and all associated e-mail addresses;

    b.    the nature of Defendants' operations and all associated sales, methods of payment for services and financial information, including, without limitation, identifying information associated with Defendants' Seller Aliases and financial accounts,

as well as providing a full accounting of Defendants' sales and listing history related to their respective Seller Aliases; and

c. any financial accounts owned or controlled by Defendants, including their affiliates, officers, agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions including, without limitation, Amazon, DHGate, eBay, PayPal, Inc. ("PayPal"), Payoneer Global, Inc. ("Payoneer"), Stripe, Inc. ("Stripe"), SHEIN, Temu, and Walmart, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

3. Upon WBEI's request, those with notice of this Order, including the Third-Party Providers as defined in Paragraph 2, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of counterfeit and infringing goods using the HP Trademarks and/or HP Copyrighted Works.

4. Defendants shall be temporarily and preliminarily restrained and enjoined from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

5. Any Third-Party Providers, including Amazon, DHGate, eBay, PayPal, Payoneer, Stripe, SHEIN, Temu, and Walmart shall, within seven (7) calendar days of receipt of this Order:

a. locate all accounts and funds connected to Defendants' Seller Aliases, including, but not limited to, any financial accounts connected to the information listed in

21

Schedule A hereto, the e-mail addresses identified in Exhibit 3 to the Declaration of Andrew Masterson, and any e-mail addresses provided for Defendants by third parties; and

  b. restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

6. WBEI is authorized to issue expedited written discovery, pursuant to Federal Rules of Civil Procedure 33, 34, and 36, related to:

  a. the identities and locations of Defendants, their affiliates, officers, agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including all known contact information, including any and all associated e-mail addresses; and

  b. the nature of Defendants' operations and all associated sales, methods of payment for services and financial information, including, without limitation, identifying information associated with Defendants' Seller Aliases and financial accounts, as well as providing a full accounting of Defendants' sales and listing history related to their respective Seller Aliases.

7. WBEI is authorized to issue the expedited discovery requests authorized by Paragraph 6 via e-mail. Defendants shall respond to any such discovery requests within three (3) business days of being served via e-mail.

8. WBEI may provide notice of these proceedings to Defendants, including notice of the preliminary injunction hearing, service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the Complaint, this Order, and other relevant documents on a website and by sending an e-mail with a link to said

website to the e-mail addresses identified in Exhibit 3 to the Declaration of Andrew Masterson and any e-mail addresses provided for Defendants by third parties. The Clerk of the Court is directed to issue a single original summons in the name of "The Partnerships and all other Defendants identified in the Complaint" that shall apply to all Defendants. The combination of providing notice via electronic publication and e-mail, along with any notice that Defendants receive from payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

9. Schedule A to the Complaint [2], Exhibit 3 to the Declaration of Andrew Masterson [14], and the TRO [17] are unsealed.

10. Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order as permitted by and in accordance with the Federal Rules of Civil Procedure and the Northern District of Illinois Local Rules.

11. The eighty-three thousand U.S. dollars ($83,000.00) bond posted by Plaintiff shall remain with the Court until a final disposition of this case or until this Preliminary Injunction is terminated.

Dated: May 7, 2026

MARY M. ROWLAND
United States District Judge

23

**Warner Bros. Entertainment Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule "A" – Case No. 26-cv-02981**
**Schedule A**

| No. | Seller Alias | Infringement Type | URL |
|---|---|---|---|
| 1 | DewCitrus | Trademark only | https://www.walmart.com/ip/Harry-Potter-Magic-Blanket-Soft-Touch-Like-Hogwarts-Corridor-Cozy-Weasley-Cottage-Design-Perfect-for-Living-Room-Bedroom-Office-Naps/19020502143?classType=VARIANT&from=/search |
| 2 | Domysmart-us | Trademark only | https://www.walmart.com/ip/9-Platform-Hanging-Night-Light-Platform-9-3-4-Sign-Remote-Control-Hanging-Wall-Lamp-Halloween-Decorations-Holiday-Magic-Lamp-Gift-Movie-Fans-Red/18796114516?101685529=101685529 |
| 3 | fangyan | Trademark only | https://www.walmart.com/ip/I-solemnly-swear-that-I-am-up-to-no-good-quote-t-shirt/9182860696?103054694=103054694 |
| 4 | Hengsiqi Tech | Trademark only | https://www.walmart.com/ip/Harry-Potter-Flannel-Throw-Blanket-Halloween-Soft-Warm-Nap-Blanket-with-Storage-Bag-for-Home-Office-Travel-Camping-Sofa-Bed-Figure-Print/19148403468?102782308=102782308 |
| 5 | hepingyakeji | Trademark only | https://www.walmart.com/ip/Harry-Potter-Throw-Blanket-Wand-Owl-Potion-Design-Velvet-Flannel-Bedspread-Adults-Teens-Home-Travel-Camping-Halloween-Gift-Machine-Washable/19148804980?classType=VARIANT&from=/search |
| 6 | Maple Leaf Emporium | Trademark only | https://www.walmart.com/ip/Maple-60x50inch-Harry-Potter-Magic-Blanket-Soft-Touch-Like-Hogwarts-Corridor-Cozy-Weasley-Cottage-Design-Perfect-Living-Room-Bedroom-Office-Naps/18909808211?101650022=101650022 |
| 7 | Raycore Tech | Trademark only | https://www.walmart.com/ip/Harry-Potter-Pattern-Blanket-Soft-Warm-Throw-Blanket-Air-conditioned-Room-Blanket-Nap-Blanket-for-Home-Office-Travel-Camping/19175100449?102902479=102902479 |

24

| | | | |
|---|---|---|---|
| 8 | Serene Water Electric | Trademark only | https://www.walmart.com/ip/1pc-Harry-Potter-Themed-Blanket-Lightweight-Durable-Soft-Warm-Comfortable-All-Season-Use-Ideal-Sofa-Bed-Travel-Camping-Napping-Car-Hand-Wash-Only-Pol/19158901968? |
| 9 | Tranquil Guild | Trademark only | https://www.walmart.com/ip/Tranquil-Guild-Harry-Potter-Hogwarts-Castle-Pattern-Blanket-1-Count-Soft-Throw-Blanket-Air-conditioned-Room-Blanket-Warm-Nap-Blanket-Home-Office/19052807747?101668829=101668829 |
| 10 | Union Earthwork Engineering | Trademark only | https://www.walmart.com/ip/Harry-Potter-Flannel-Throw-Blanket-Halloween-Soft-Warm-Nap-Blanket-with-Storage-Bag-for-Home-Office-Travel-Camping-Sofa-Bed-Figure-Print/18901906238?102887438=102887438 |
| 11 | WaterWay SmartTech | Trademark only | https://www.walmart.com/ip/Harry-Potter-Flannel-Throw-Blanket-Halloween-Soft-Warm-Nap-Blanket-with-Storage-Bag-for-Home-Office-Travel-Camping-Sofa-Bed-Figure-Print/18901906238?classType=VARIANT&from=/search |
| 12 | BOZICRE | Copyright only | https://www.amazon.com/Accessories-Wooden-Spoons-Utensils-Housewarming-Wooden/dp/B0CGFF9FNM/ref=sr_1_175 |
| 13 | CHILLORA | Copyright only | https://www.amazon.com/CHILLORA-Wizard-style-banner-5/dp/B0DLV7M9Z4/ref=pd_rhf_dp_s_ci_mcx_mr__d_sccl_1_20/137-9801022-8398963 |
| 14 | Dance Pig | Copyright only | https://www.amazon.com/Dance-Pig-Halloween-Masquerade-Accessorie/dp/B0BWRS2JQK/ref=sr_1_136 |
| 15 | MagicRanger | Copyright only | https://www.amazon.com/MagicRanger-Sorcerer-Collection-Cosplay-Accessory/dp/B0FF9Q76V4/ref=sr_1_12 |
| 16 | PHUONG123123 | Copyright only | https://www.amazon.com/TIRROMAJA-Converter-Necklace-Hourglass-Accessories/dp/B0DRJK4444 |
| 17 | Tocoan US | Copyright only | https://www.amazon.com/OBMIKY-Rechargeable-Illuminating-Accessories-Gift%EF%BC%88Unmixed%EF%BC%89/dp/B0FWK1Y7VX/ref=sr_1_101 |

25

| | | | |
|---|---|---|---|
| 18 | WERNTISIRNT | Copyright only | https://www.amazon.com/Rotatable-Witchcraft-Decoration-Commemorative-Accessories/dp/B0DXV9JP63 |
| 19 | zhiyiyuan | Copyright only | https://www.amazon.com/AEEMISEI-Crafts-Christmas-Halloween-Birthdays/dp/B0F91ZP4T5/ref=sr_1_9 |
| 20 | dhshoesku | Copyright only | https://www.dhgate.com/product/cosplay-voldemort-robe-albus-dumbledore-snape/1068595054.html |
| 21 | CHOOKLMG | Copyright only | https://us.shein.com/It-s-Not-Mimosa-The-Magic-World-T-Shirt-Personalized-Classic-Shirt-Gift-For-Lover-HRP2042TSH-220324-p-90763903.html |
| 22 | AALINGFD | Copyright only | https://www.temu.com/--match--with-nostalgiamens-vintage--white---graphic-t-shirt-black-casual-streetwear-hip-hop-fashion-great-for-casual-attire-sports-and-fishing-y2k-gift-perfect-gift-collectible-t-shirt-g-601105086361181.html |
| 23 | ArtVoyant Workshop | Copyright only | https://www.temu.com/2d-frameless-canvas-art-christmas-and-halloween-gift-wall-decor--with-magic-wand--poster-for-living-room-bedroom-office--fantasy-theme-textured-design-large-canvas-print--decor-no-batteries-electricity-required-wall-art-canvas-wall-art-wall-art-decor-poster-wall-art-halloween-dec-decorations-room-decoration-gothic-aesthetic-durable-material-g-601103445931499.html?_oak_mp_inf=EOvr%2BOq01ogBGiAyYWI1ZDhiZmVlM2M0YzI2YTYwZjVlYThlOGM1N2E3MCD%2F0NHzwTM%3D&top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Fopen%2Fab699e38c28b4d14a428789aad2082f3-goods.jpeg&spec_gallery_id=210502779787&refer_page_sn=10032&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=NTcx&_oak_gallery_order=1977102974%2C1185117835%2C28555787%2C2003216572%2C144927769&search_key=he%20who%20must%20not%20be%20named%20posters&refer_page_el_sn=200049&refer_page_name=goods&refer_page_id=10032_1770104535270_3ph71w6waw&_x_sessn_id=cjpy8j9xva&is_back=1 |

26

| | | | |
|---|---|---|---|
| 24 | ARUIC PT Art | Copyright only | https://www.temu.com/2d-flat-1pc-vintage-death-eater-themed-metal-sign--mugwumps--with-illustrations-8x12-inch-rustic-wall-art-for-home-office-or-kitchen-decor-indoor-outdoor-use-iron-material-multipurpose-wall-hanging-decorative-sign-plaque-g-601105349655381.html?_oak_name_id=970972699029206011&_oak_mp_inf=ENX22va71ogBGiA3YWUwZTJmNTU4YmE0ZDAwYmRjYmI4MzY3NjFhNzA0MCCy5J6UwjM%3D&top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Ffancy%2F34f43215-ba0d-49a6-9c4a-ce258109175a.jpg&spec_gallery_id=217766849365&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=Njg3&_oak_gallery_order=1528319498%2C1115100364%2C1092588624%2C737240081%2C225602453&search_key=Wanted%3A%20Sirius%20Black&refer_page_el_sn=200049&refer_page_name=search_result&refer_page_id=10009_1770104715771_8kd81426zb&_x_sessn_id=umzoxd86v2&is_back=1 |
| 25 | CLXLPH TWO | Copyright only | https://www.temu.com/iron-sign-wall-art-featuring-a-2d-flat-design-of---as----movie-poster-enthusiasts-an-ideal-gift-for-fans-suitable-for-decorating-bedrooms-and-living-rooms-measures-12x8-inches-or-30x20-cm-g-601102852067200.html |
| 26 | CozyHavenBlankets | Copyright only | https://www.temu.com/1pc--themed-blanket-recreating-the--hugging-scene--a-warm-keepsake-for-fans-full-of-magical-memories-g-601103922656343.html |
| 27 | CX SeasonIn | Copyright only | https://www.temu.com/mens-vintage-rock-music-fantasy-graphic-t-shirt--white-guitarist-creature-print-breathable-short-sleeve-round-neck-tee-for-casual-wear-concerts-everyday-outfits-machine-washable---g-601104995530202.html? |
| 28 | Dream Canvas Direct Sales | Copyright only | https://www.temu.com/a-2d-flat-frameless-canvas-painting-art-of-azkaban-prison--modern-poster-for-living-room-suitable-as-bedroom-and-lounge-decor-2d-flat--room-decor-g-601103792421686.html? |
| 29 | EMOTIONALCASE | Copyright only | https://www.temu.com/1pc--d--pattern-contemporary-style-short-plush-pillowcase- |

| | | | square-decorative-cushion-cover-soft-and-comfortable-with-zipper-closure-double-sided-same-pattern-suitable-for-living-room-bedroom-outdoor-g-606050837181207.html? |
| 30 | ETOILE MODE | Copyright only | https://www.temu.com/100-mens-t-shirt-with-printed-fantasy-bald-figure-reclining-on-ornate-chair-hand-holding-brush-near-golden-framed--warm--background-light-wooden-texture-display-casual--neck-regular-sleeve--use-g-601105808530498.html |
| 31 | FunCreative Tee | Copyright only | https://www.temu.com/a-short-sleeved-t-shirt-for-men-made-of-pure-featuring-a-unique-and--that-showcases-a-guitarist---in-a-monochrome-print-fashionable-and-modern--daily-use-g-605831793865874.html |
| 32 | GXGC | Copyright only | https://www.temu.com/ca/1pc-series-poster-decoration---elf-poster-merchandise-for-living-room-bedroom-kitchen-and-indoor-decor-g-601103651560177.html |
| 33 | Hanjiawjloc | Copyright only | https://www.temu.com/magic-props--wand-magic-wand-resin-wand-with-red-exquisite-gift-box-replica-of--merchandise-ideal-for-holiday-gifts-halloween-party-birthday-suitable--14-g-606519525476309.html |
| 34 | huitailangshipin | Copyright only | https://www.temu.com/1pc--wand-trendy-witch-design-accessory-with-wand--for-halloween-christmas-and-costume-parties-ideal-for-enthusiasts-halloween-decorations-and-holiday-accessories-halloween-party-accessory-holiday-decoration-g-601103942648342.html?_oak_name_id=6380184845614452443& |
| 35 | MingWangB | Copyright only | https://www.temu.com/1pc-unframed-canvas-wall-art-poster-victorian-style-oil-painting-portrait--painting-wizard-art-fine-art-print-frameless-ideal-for-living-room-bedroom-decor-g-601103947819315.html |
| 36 | Mixed Style Creation | Copyright only | https://www.temu.com/2d-flat-1pc-framed-or-frameless--potions--print-poster-canvas-wall-art-home-wall-decoration-art-ideal-for-bedroom-living-room-office-decor-art-poster-theme-decoration-collecting-art-decorations-halloween-christmas-decor-g-601105649604564.html |

| | | | |
|---|---|---|---|
| 37 | NBCCC | Copyright only | https://www.temu.com/men-s--graphic-print-t-shirt--for-2026-crew-neck--stretch-fabric--wear-g-601105449023519.html? |
| 38 | Pang Pain Ting | Copyright only | https://www.temu.com/2d-flat-1pc-vintage--poster-magical--sleeping-canvas-wall-art-print-gothic-wizard-decor-suitable-for-living-room-bedroom-halloween-easy----theme-parties-and-home-decor-g-601104254349017.html? |
| 39 | PYSWJH | Copyright only | https://www.temu.com/1pc---print-blanket-280gsm-heavy-duty-tear-flannel--soft-bedding-suitable-for-bed-sofa-and-travel-themed--decor-gift-for-fans-durable-anti-pilling-design--g-606089760326963.html |
| 40 | SOTS | Copyright only | https://www.temu.com/adjustable-winged--ornament-metallic-plastic-collectible-figurine-mystical-display-piece-for-bookshelves-desks-gifts-home-decor-office-decor-adjustable-winged-design-durable-plastic-g-601104824461020.html |
| 41 | Sunshine Monica | Copyright only | https://www.temu.com/--print-tapestry-fashionable-wall-hanging-for-bedroom-living-room-dorm-party-background-polyester-no-electricity-required-high--ideal-for-students-g-601105222186824.html |
| 42 | The Seven Color Impression Studio | Copyright only | https://www.temu.com/2d-flat-a-frameless-2-of---portrait-waterproof-canvas-art-featuring-dark-aesthetics-ideal-as-a-modern-gift-for-decorating-walls-in-offices-cafes-homes-living-rooms-bedrooms-classrooms-and-kitchens-g-601103522999082.html |
| 43 | UrbanFizz | Copyright only | https://www.temu.com/halloween-magic-wand-non-electric-safe-wand-with-realistic--gray-red-blue-white-durable-costume-staff-for-wands-magical-staff-lightweight-sturdy-construction-for-cosplay-halloween-parties-themed-events-ideal-for-adults-teens-wizard-witch--fantasy-events-easy-to--elegant-magical-prop-for-everyday-or-formal-events-no-electricity-needed--themed-parties-casual-attire-cosplay-accessories-delicate-design-g-601103557947510.html? |
| 44 | XDDCASE | Copyright only | https://www.temu.com/-retro-collage-style--image--decoration-text-slogan-retro-collage-texture-design-compatible-with-iphone-17-16- |

29

| | | | |
|---|---|---|---|
| | | | 15-14-13-12-11-phone-cases-for-fans-g-601105736196723.html? |
| 45 | XIAHUAWUSHOP | Copyright only | https://www.temu.com/--themed-flannel-blanket-ultra-soft-plush-polyester--use-modern--machine-washable-ideal-for-home-and-travel--gift-g-601105288354989.html |
| 46 | Hug-a-Toy Co | Copyright only | https://www.walmart.com/ip/Witch-Hat-Harry-Magic-Sorting-Hat-Interactive-Magic-Choicer-Halloween-Wizard-Cosplay-Decoration-for-Festival-Costume-Brown/18587518596? |
| 47 | NGUYEN TIEN LOC | Copyright only | https://www.walmart.com/ip/Wizard-Castle-Book-Shirt-Magical-Book-Shirt-Universal-Studios-Shirt-Universal-Shirts-For-Family-Witchery-Castle-Shirt-Magic-School-Tee/16590366488 |
| 48 | Annshein | Trademark and Copyright | https://www.amazon.com/Annshein-Tumbler-Insulated-Stainless-Travel/dp/B0FSXJFRG1/ref=sr_1_1 |
| 49 | DISMISSED | DISMISSED | DISMISSED |
| 50 | Handmy | Trademark and Copyright | https://www.amazon.com/Novelty-Birthday-Halloween-Christmas-Accessories/dp/B0F7L7XB3G/ref=sr_1_3 |
| 51 | JuKangGlobal | Trademark and Copyright | https://www.amazon.com/Uamtuce-Creative-Changing-Marauders-Drinkware/dp/B0F9YK6GCQ/ref=sr_1_105 |
| 52 | Ouroyea Bead | Trademark and Copyright | https://www.amazon.com/Ouroyea-Sterling-Pendant-Bracelet-Necklace/dp/B0BBFL9N9H?m=ATZE6RZ159UN9 |
| 53 | Q78Gai | Trademark and Copyright | https://www.amazon.com/Wootkey-Supplies-Birthday-Toppers-Decoration/dp/B0DT8ZFW1Y/ref=sr_1_54 |
| 54 | auto_miniature_collectibles | Trademark and Copyright | https://www.ebay.com/itm/396166846638 |
| 55 | csha956 | Trademark and Copyright | https://www.ebay.com/itm/303989040166? |
| 56 | customtoon | Trademark and Copyright | https://www.ebay.com/itm/135941442674 |
| 57 | fantom1202 | Trademark and Copyright | https://www.ebay.com/itm/336380189039? |
| 58 | nygc_61 | Trademark and Copyright | https://www.ebay.com/itm/297507306727 |
| 59 | savers804 | Trademark and Copyright | https://www.ebay.com/itm/197835410977? |

30

| 60 | topmond | Trademark and Copyright | https://www.ebay.com/itm/177540252877? |
|---|---|---|---|
| 61 | valora_merchant | Trademark and Copyright | https://www.ebay.com/itm/389198405356 |
| 62 | AnimeStar | Trademark and Copyright | https://www.anime-star.com/13-styles-harry-potter-cosplay-cartoon-decoration-anime-knitted-hat_p246683.html |
| 63 | cleolampos | Trademark and Copyright | https://cleolampos.com/product/harry-potter-slytherin-personalized-baseball-jersey/ |
| 64 | Drinkwears | Trademark and Copyright | https://drinkwears.com/product/harry-potter-movies-custom-stanley-quencher-40oz-stainless-steel-tumbler-with-handle-3495/ |
| 65 | FANREKCOS | Trademark and Copyright | https://www.fanrekcos.com/products/harry-potter-cosplay-duvet-cover-set-halloween-quilt-cover |
| 66 | Lilybelli | Trademark and Copyright | https://lilybelli.com/products/el-paso-chihuahuas-x-harry-potter-limited-edition-shirt-collection-inspirdg-8022 |
| 67 | Meowden | Trademark and Copyright | https://meowden.com/products/harry-potter-costume-for-cats?_pos=1&_sid=3da244a11&_ss=r |
| 68 | SpiritCos | Trademark and Copyright | https://www.spiritcos.com/Products/Harry-Potter-Hogwarts-School-Costumes-Potter-Slytherin-Man-Woman-Jacket-Sweatshirts-p3024378.html |
| 69 | Tazila | Trademark and Copyright | https://tazila.com/product/atlanta-braves-x-harry-potter-night-jersey-baseball-fan-merch-gifts-for-him |
| 70 | Thepresentera | Trademark and Copyright | https://thepresentera.com/product/harry-potter-25th-anniversary-special-baseball-jersey |
| 71 | adhkyncjc | Trademark and Copyright | https://us.shein.com/H-Harry-P-Potter-Icons-Flannel-Throw-Blanket-Wizard-Ial-Fantasy-Blankets-For-Bed-Outdoor-Warm-Quilt-p-296801823.html? |
| 72 | dandan111 | Trademark and Copyright | https://us.shein.com/H-Harry-P-Potter-Blanket-Warm-Novelty-Plush-Bedding-Throws-For-Couch-Chair-Flannel-Bedspread-Bed-Cover-Jpg-p-320700992.html? |
| 73 | Dream Pixel | Trademark and Copyright | https://us.shein.com/H-Harry-P-Potter-Flannel-Blankets-School-Funny-Throw-Blanket-For-Bed-Sofa-Couch-200x150cm-Rug-Piece-3-Jpg-p-278442685.html |
| 74 | dubia20us 982 | Trademark and Copyright | https://us.shein.com/Popfunk-Harrys-Potters-Dumbledores-s-Armys-Members-T-Shirt-Stickers-Small-Charcoal-p-133250051.html |

31

| | | | |
|---|---|---|---|
| 75 | fds BFD | Trademark and Copyright | https://us.shein.com/Harry-Potters-Kids-Chamber-Hermione-Banner-T-Shirt-p-141865865.html |
| 76 | poeuinh | Trademark and Copyright | https://us.shein.com/Magic-Ymbols-Warm-Soft-Blanket-H-Harry-P-Potter-Picnic-Plush-Throw-Blanket-Fashion-Bedroom-Flannel-Bedspread-Sofa-Bed-Cover-Jpg-p-290410696.html? |
| 77 | sdfsdfasda | Trademark and Copyright | https://us.shein.com/Magic-Ymbols-Warm-Soft-Blanket-H-Harry-P-Potter-Picnic-Plush-Throw-Blanket-Fashion-Bedroom-Flannel-Bedspread-Sofa-Bed-Cover-Jpg-p-293107407.html? |
| 78 | zhaohaodedian | Trademark and Copyright | https://us.shein.com/Soft-Warm-Blanket-Travel-Magic-Ymbols-Throw-Blanket-H-Harry-P-Potter-Flannel-Bedspread-For-Home-Decor-Aesthetic-Sofa-Bed-Cover-p-353513303.html? |
| 79 | ZHONG QI | Trademark and Copyright | https://us.shein.com/Magic-Ymbols-Warm-Soft-Blanket-H-Harry-P-Potter-Picnic-Plush-Throw-Blanket-Fashion-Bedroom-Flannel-Bedspread-Sofa-Bed-Cover-Jpg-p-340668645.html |
| 80 | zxvsdfcs | Trademark and Copyright | https://us.shein.com/H-Harry-P-Potter-Blanket-Warm-Novelty-Plush-Bedding-Throws-For-Couch-Chair-Flannel-Bedspread-Bed-Cover-Jpg-p-301714163.html |
| 81 | Best Wishi Cool | Trademark and Copyright | https://www.temu.com/1pc---college-style-crossbody-handbag-british-style-messenger-bag-with-double-handles-durable-ideal-for-travel-casual--g-601104730531201.html |
| 82 | Hong Zao | Trademark and Copyright | https://www.temu.com/wb-christmas---style-autumn-winter-print-unisex-large-capacity-solid-color-backpack-versatile-for--travel-with-anti-theft-design-adjustable-straps-zipper-closure-material-g-601105815152509.html |
| 83 | Yijiujiu Innovation | Trademark and Copyright | https://www.walmart.com/ip/Warner-Bros-Harry-Potter-House-Crests-Flannel-Blanket-100-Polyester-Soft-All-Season-Bedspread-Bed-Sofa-Birthday-Christmas-Halloween-Vintage-Wizarding/19040257520 |